United States Bankruptcy Court
Central District of California

In re:
Kimberly Barbour
    Debtor

Case No. 16-22878-BR
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: wtoliverC     Page 1 of 2     Date Rcvd: Sep 29, 2016
                      Form ID: 309B     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.

```
db              +Kimberly Barbour,    6150 Shenandoah Avenue,    Los Angeles, CA 90056-2021
smg              Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37365154        +Alamode Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365155        +Chase,    P.O. Box 78420,    Phoenix, Arizona 85062-8420
37365157        +Deutsche Bank National Trust Company,    700 Kansas Lane,    Monroe, Arizona 71203-4774
37365159        +GS Electronics c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365158        +Greenberg & Bass, LLP,    16000 Ventura Blvd,    Encino, California 91436-2762
37365160        +IRM Productions c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365161        +Ivan Rene Moore,    1236 Redondo Blvd,    Los Angeles, California 90019-1546
37365162        +JP Morgan Chase Bank,    700 Kansas Lane,    Monroe , LA 71203-4774
37365163        +LADWP,    c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
37365164        +Law Offices of Thomasina Reed,    5777 W. Century Blvd., Suite 1125,
                  Los Angeles, California 90045-5637
37365165        +Loren Chaney  c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365167        +Peter Baer c/o Nussbaum APC,    27489 Agoura Rd, Suite 102,
                  Agoura Hills, California 91301-2481
37365168        +Pro Value Properties, Inc.,    5737 Kanan Road, Suite 487,
                  Agoura Hills , California 91301-1601
37365169        +Pro Value Properties, Inc. c/o Nussbaum,    27489 Agoura Rd, Suite 102,
                  Agoura Hills, California 91301-2481
37365170        +Pro Value Propeties, Inc.,    5737 Kanan Road, Suite 487,    Agoura Hills, California 91301-1601
37365171        +Radio Multi Media Investments c/o Ivan R,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365172        +Rene & Angela c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365173        +Rene Moore Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365174        +Rick Wilson c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365175        +Ronald Hills c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365176        +Rufftown Entertainment Group c/o Ivan Re,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365177        +Sam Essens c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365178        +Samayack/New Frontier c/o Ivan Rene Moor,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365179        +South Central Distribution c/o Ivan Rene,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365180        +Stone Busailah, LLP, Attn: Michael Willi,    200 East Del Mar Boulevard, Suite 350,
                  Pasadena, California 91105-2564
37365181        +Strategic Acquisitions, Inc., et al c/o,    27489 Agoura Rd., Suite 102,
                  Agoura Hills, California 91301-2481
37365182        +Suti Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365183        +The Estate of IMA Moore c/o Ivan Rene Mo,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365184        +The Moore Family Trust c/o Ivan Rene Moo,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
37365185        +V.J. Chandran c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365186        +Vann Johnson c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365188        +West Viking Studios c/o Ivan Rene Moore,    1236 Redondo Blvd.,
                  Los Angeles, California 90019-1546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: PeterMLively2000@yahoo.com Sep 30 2016 02:04:02      Peter M Lively,
                  The Law Offices of Peter M Lively,    11268 Washington Blvd Ste 203,
                  Culver City, CA  90230-4647
tr              +EDI: QBDKRASNOFF.COM Sep 30 2016 01:53:00      Brad D Krasnoff (TR),
                  1900 Avenue of the Stars, 11th Floor,    Los Angeles, CA 90067-4699
smg              EDI: EDD.COM Sep 30 2016 01:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Sep 30 2016 01:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
37365156         EDI: CITICORP.COM Sep 30 2016 01:53:00      Citibank,    Post Office Box 6004,
                  Sioux Falls, South Dakota 57117-6004
37365166        +E-mail/Text: bankruptcy@lapfcu.org Sep 30 2016 02:05:15      Los Angeles Police Credit Union,
                  16150 Sherman Way,    Van Nuys, California 91406-3956
37365187         EDI: WFFC.COM Sep 30 2016 01:53:00      Wells Fargo Bank,    P.O. Box 25341,
                  Santa Ana, California 92799-5341
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-2          User: wtoliverC              Page 2 of 2                  Date Rcvd: Sep 29, 2016
                              Form ID: 309B                Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
              Peter M Lively    on behalf of Debtor Kimberly  Martin-Bragg PeterMLively2000@yahoo.com,
               PeterMLively2000@yahoo.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kimberly Barbour** | Social Security number or ITIN **xxx–xx–5789** |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter **7    9/28/16** |
| Case number: | **2:16–bk–22878–BR** | |

Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Barbour | |
| 2. | **All other names used in the last 8 years** | aka Kimberly Martin–Bragg | |
| 3. | **Address** | 6150 Shenandoah Avenue<br>Los Angeles, CA 90056 | |
| 4. | **Debtor's attorney**<br>Name and address | Peter M Lively<br>The Law Offices of Peter M Lively<br>11268 Washington Blvd Ste 203<br>Culver City, CA 90230–4647 | Contact phone 310–391–2400<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Brad D Krasnoff (TR)<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067–4402 | Contact phone (310) 201–2417<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours open: 9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 9/29/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 3, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/3/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/1/17**<br><br>**Filing deadline: 3/27/17** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Filing Deadline If the Case Is Converted to a Chapter 7 from the Original Filing under Chapter 11:**<br>The deadlines for filing claims apply to all creditors. This includes creditors of unpaid debts incurred after the commencement of the chapter 11 proceeding and showing in the Final Report of Account and Schedule of Unpaid Debts, that may qualify under 11 U.S.C. § 348(d). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |

**For more information, see pages 1 and 3 >**

| | | |
|---|---|---|
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| 14. | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| 15. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >