| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203,<br>Culver City, CA 90230-4647<br>Telephone: (310) 391-2400/Facsimile: (310) 391-2462<br>Email: Peter@PeterMLively.com | |
| ☐  Debtor appearing without attorney<br>☒  Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>   KIMBERLY BARBOUR | CASE NO.: 2:16-bk-22878-BR |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:**  Ivan Rene Moore

1.  TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2.  NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3.  **Deadline for Opposition Papers:**
    Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page I                          **F 4003-2.1.AVOID.LIEN.RP. MOTION**

4. **Type of Case:**

   a. ☒ A voluntary petition under chapter    ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: 09/28/2016

   b. ☐ An involuntary petition under chapter    ☐ 7   ☐ 11 was filed on: _____

        ☐ An order of relief under chapter    ☐ 7   ☐ 11 was entered on: _____

   c. ☐ An order of conversion to chapter    ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: _____

   d. ☐ Other:

5. **Procedural Status:**

   a. ☒ Name of trustee appointed (if any): Brad D. Krasnoff

   b. ☐ Name of attorney of record for trustee (if any): _____

6. Debtor claims an exemption in the subject real property under:

   a. ☒ California Code of Civil Procedure § 703.140(b)(5 (Homestead): Exemption amount claimed on

        schedules: $ 2,500.00

   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on

        schedules: $ _____

   c. ☐ Other statute (specify): _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:

   a. Date of entry of judgment (specify): 09/03/2013
   b. Case name (specify): Ivan Rene Moore vs. Kimberly Martin-Bragg
   c. Docket number (specify): BC480013
   d. Date of recordation of lien (specify): 10/21/2013
   e. Recorder's instrument number or map/book/page (specify): 20131504547

8. The property claimed to be exempt is as follows:

   a. Street address (specify): 6160 Shenandoah Avenue, Los Angeles, California 90056

   b. Legal description (specify): _____    ☒ See attached page

9. Debtor acquired the property claimed exempt on the following date (specify): 12/22/2000

10. Debtor alleges that the fair market value of the property claimed exempt is: $ 1,010,000.00

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| J.P. Morgan Chase Bank N.A. | ☐ | 03/24/2006 | $ 1,000,000.00 | $ 1,083,408.90 | 09/28/2016 |
| J.P. Morgan Chase Bank N.A. | ☐ | 08/30/2006 | $ 170,000.00 | $ 144,352.25 | 09/28/2016 |
| Ivan Rene Moore | ☒ | 10/21/2013 | $ 3,150,000.00 | $ 4,117,438.36 | 09/28/2016 |
| Pro Value Properties, Inc. et al. | ☐ | 12/19/2013 | $ 836,974.50 | $ 836,974.50 | 09/28/2016 |
|  | ☐ |  |  |  |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 2      **F 4003-2.1.AVOID.LIEN.RP. MOTION**

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a. ☒ Schedule C listing all exemptions claimed by Debtor

   b. ☐ Appraisal of the property

   c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

   d. ☒ Recorded Abstract of Judgment

   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f. ☒ Declaration(s)

   g. ☐ Other (*specify*): Property Profile

13. Total number of attached pages of supporting documentation: _____

14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date: 11/16/2016

_____
Signature of Debtor

Kimberly Barbour
Printed name of Debtor

Date: 11/17/16

_____
Signature of attorney for Debtor

Peter M. Lively
Printed name of attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP. MOTION**

**DECLARATION OF KIMBERLY BARBOUR IN SUPPORT OF
DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

I, KIMBERLY BARBOUR, declare the following of my own knowledge to which I will testify if called to do so:

1.     I am a Debtor before this court in Chapter 7 Case Number 2:16-bk-22878-BR, filed on September 28, 2016.

2.     I hold 100% title to real property of the estate commonly known as 6160 Shenandoah Avenue, Los Angeles, California 90056 (the "Subject Property") which I acquired on or about December 22, 2000. I have lived in the neighborhood continuously since purchasing the Subject Property. A true and correct copy of the Legal Description of the Subject Property is attached hereto as **Exhibit "1"**.

3.     Based upon my long standing familiarity with the neighborhood surrounding the Subject Property and my review of the Real Property Profile which my counsel obtained from LDS Data Services on September 15, 2016 (the "Property Profile"), I believe that the petition date fair market value of the Subject Property is $1,010,000. A true and correct copy of the relevant pages of the Property Profile is attached hereto as **Exhibit "2"**.

4.     As of the commencement of this case, there were two (2) deeds of trust recorded against my residence:

A.     The First Deed of Trust, executed on or about March 16, 2016,  secures a Note in favor of J.P. MORGAN CHASE BANK N.A. a successor in interest to WASHINGTON MUTUAL BANK, FA ("First Note"). A true and correct copy of the First Note Account Statement that I received (from J.P. MORGAN CHASE BANK N.A.) on or about November 1, 2016, showing the First Note balance as $1,083,408.96 is attached hereto as **Exhibit "3"**.

///

**B.**   The Second Deed of Trust, executed on or about July 31, 2006, secures a Note in favor of J.P. MORGAN CHASE BANK N.A. a successor in interest to WASHINGTON MUTUAL BANK, FA ("Second Note"). A true and correct copy of the Second Note Account Statement that I received (from J.P. MORGAN CHASE BANK N.A.) on or about September 1, 2016, showing the Second Note balance as $143,360.80 is attached hereto as **Exhibit "4"**.

5.   I claim a $2,500.00 exemption in the Subject Property, pursuant to C.C.P. § 703.140(b)(5). A true and correct copy of my Schedule C is attached hereto as **Exhibit "5"**.

6.   The First Note and Second Note were duly listed on my Schedule D, a true and correct copy of which is attached hereto as **Exhibit "6"**.

7.   True and correct copies of the relevant pages of the First and Second Deeds of Trust evidencing the priority of the liens are attached hereto as **Exhibit "7"**.

8.   On October 21, 2013, IVAN RENE MOORE ("Moore") recorded an abstract of judgment in the Los Angeles County Recorder's Office (instrument number 20131504547) regarding his Los Angeles Superior Court Judgment which was entered on September 3, 2013 in case number BC480013 (the "Moore Judgment Lien"). The approximate petition date balance of the Moore Judgment Lien is $4,117,438.36[1]. A true and correct copy of the Moore Judgment Lien is attached hereto as **Exhibit "8"**.

---

[1]   $3,150,000.00 judgment entered on September 3, 2013 at 10% interest

2

9.      On December 19, 2013, STRATEGIC ACQUISITIONS, INC., PETER BAER, and PRO VALUE PROPERTIES, INC ("Pro Value") recorded an abstract of judgment in the Los Angeles County Recorder's Office (instrument number 20131786212) regarding its Los Angeles Superior Court Amended Judgment which was entered on March 12, 2009 in case number BC287209 (the "Pro Value Judgment Lien").  The approximate petition date balance of the Pro Value Judgment Lien is $836,974.50[2] which is reflected in Pro Value's Proof of Claim filed on August 5, 2014 in my prior Chapter 11 case (Case Number 2:14-bk-15698-ER) (the "Pro Value POC").  True and correct copies of the Pro Value Lien and the Pro Value POC are attached hereto as **Exhibits "9"** and **"10"**, respectively.

10.     The following analysis shows that the Moore Judgment Lien impairs my allowed exemption in the Subject Property:

| | |
|---|---|
| Fair Market Value of the Subject Property | $1,010,000.00 |
| First Note- JP Morgan Chase Bank N.A. | ($1,083,408.90) |
| Second Note- JP Morgan Chase Bank N.A. | ($143,360.80) |
| C.C.P. § 703.140(b)(5) Exemption | ($2,500.00) |
| Non-Exempt Equity | ($219,269.70) |

11.     The Moore Judgment Lien does not attach to any non-exempt equity in the Subject Property.  Therefore, pursuant to 11 U.S.C. 522(f), the Moore Judgment Lien should be avoided in its entirety.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November /6 , 2016 at Los Angeles, California.


_____

KIMBERLY BARBOUR

---

[2]      $476,815.50 judgment entered on March 12, 2009 at 10% interest

3

Exhibit "1"

LEGAL DESCRIPTION

## EXHIBIT "A"

LOT 142 OF TRACT NO. 24252, IN THE COUNTY OF LOS ANGELES, STATE
OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 653 PAGES 26 TO 30
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

Exhibit "2"



# Real Estate Reports

**Property:**
6160 Shenandoah Ave
Los Angeles, CA 90056
APN: 4101-007-041

Data deemed reliable, but not guaranteed. LPS Data Services 2009.
Copyright 2009 AgentPro247.com LoanPro247.com TitlePro247.com

# Comparables

**Martin Bragg Kimberly**
6160 Shenandoah Ave, Los Angeles, CA 90056

APN: 4101-007-041
Los Angeles County

## Quick View

| No. | Address | Date | Price | S/SF | Bld/Area | RM/BR/Bth | YB | Lot Area | Pool | Proxim. |
|-----|---------|------|-------|------|----------|-----------|----|-----------|----|---------|
| | **Subject Property** | 05/30/2002 | N/A | N/A | 3,701 | /4/3 | 1961 | 13,837 SF | | |
| 1 | 6302 WOOSTER AVE | 08/26/2016 | $1,025,000 | $350 | 2,926 | /3/3 | 1961 | 10,087 SF | Yes | .20 Mi. |
| 2 | 6401 S SHERBOURNE DR | 08/01/2016 | $1,900,000 | $428 | 4,435 | /6/4 | 1963 | 17,579 SF | Yes | .16 Mi. |
| 3 | 5662 W 63RD ST | 06/21/2016 | $1,010,000 | $318 | 3,169 | /3/4 | 1960 | 8,699 SF | | .14 Mi. |
| 4 | 6019 S HOLT AVE | 06/08/2016 | $800,000 | $335 | 2,387 | /2/3 | 1956 | 8,468 SF | | .25 Mi. |
| 5 | 6650 S SHERBOURNE DR | 04/29/2016 | $1,135,000 | $354 | 3,199 | /4/3 | 1963 | 8,873 SF | | .40 Mi. |
| 6 | 6250 S CORNING AVE | 04/11/2016 | $800,000 | $324 | 2,463 | /3/3 | 1955 | 9,534 SF | | .27 Mi. |
| 7 | 5904 S CORNING AVE | 03/01/2016 | $964,500 | $406 | 2,371 | /3/2 | 1955 | 8,480 SF | | .39 Mi. |
| 8 | 6505 SHENANDOAH AVE | 02/25/2016 | $885,000 | $401 | 2,202 | /3/3 | 1962 | 9,997 SF | | .28 Mi. |
| 9 | 6004 S GARTH AVE | 12/31/2015 | $750,000 | $365 | 2,052 | /3/3 | 1954 | 8,022 SF | | .37 Mi. |
| 10 | 6537 S HALM AVE | 12/21/2015 | $1,073,000 | $348 | 3,081 | /4/4 | 1964 | 9,504 SF | Yes | .27 Mi. |
| 11 | 6006 WOOSTER AVE | 12/16/2015 | $1,190,000 | $454 | 2,616 | /4/3 | 1955 | 8,532 SF | | .21 Mi. |
| 12 | 6010 SHENANDOAH AVE | 12/02/2015 | $975,000 | $386 | 2,521 | /3/3 | 1956 | 8,154 SF | | .19 Mi. |
| 13 | 6151 WOOSTER AVE | 11/25/2015 | $1,238,000 | $334 | 3,700 | /4/5 | 1961 | 8,504 SF | | .11 Mi. |
| 14 | 5804 S HALM AVE | 11/10/2015 | $1,600,000 | $267 | 5,974 | /4/5 | 2005 | 8,768 SF | Spa Only | .38 Mi. |
| 15 | 6553 S COPPERWOOD AVE | 10/29/2015 | $830,000 | $291 | 2,843 | /4/3 | 1985 | 6,603 SF | | .35 Mi. |

## Detailed View

| No. | Address | Date | Price | S/SF | Bld/Area | RM/BR/Bth | YB | Lot Area | Pool | Proxim. |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| | **Subject Property** | 05/30/2002 | N/A | N/A | 3,791 | /4/3 | 1961 | 13,837 SF | | |
| 1 | **6302 WOOSTER AVE**<br>LOS ANGELES, CA 90056-2128 | 08/26/2016 | $1,025,000 | $350 | 2,926 | /3/3 | 1961 | 10,087 SF | Yes | .20 Mi. |

APN: 4102-012-079  Document #: 16-1024666  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:193  Tract No:25383  MapRef:MB673 PG42-48

Buyer Name: NATHAN, EVANGELYN EVANGELYN NATHAN TRUST

Seller Name: BOONE, JEAN HUBBARD

| | | | | | | | | | | |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| 2 | **6401 S SHERBOURNE DR**<br>LOS ANGELES, CA 90056-2119 | 08/01/2016 | $1,900,000 | $428 | 4,435 | /6/4 | 1963 | 17,579 SF | Yes | .16 Mi. |

APN: 4101-019-023  Document #: 16-0899219  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:46&47  Tract No:25383  MapRef:MB673 PG42-48

Buyer Name: LEBLAN, MATTHIEU KIM, JOANNE

Seller Name: BROWN, DENNIS GEORGE BROWN, PAULA A

| | | | | | | | | | | |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| 3 | **5662 W 63RD ST**<br>LOS ANGELES, CA 90056-2013 | 06/21/2016 | $1,010,000 | $318 | 3,169 | /3/4 | 1960 | 8,699 SF | | .14 Mi. |

APN: 4101-019-014  Document #: 16-0714543  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:47  Tract No:24252  MapRef:MB653 PG26-30

Buyer Name: EICHMANN, SUSAN H LEE, MICHAEL D

Seller Name: SOLES, BARBARA JEAN SNODDY

| | | | | | | | | | | |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| 4 | **6019 S HOLT AVE**<br>LOS ANGELES, CA 90056-1415 | 06/08/2016 | $800,000 | $335 | 2,387 | /2/3 | 1956 | 8,468 SF | | .25 Mi. |

APN: 4101-005-014  Document #: 16-0657696  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:154  Tract No:18992  MapRef:MB545 PG1-6 City/Muni/Twp:LOS ANGELES

Buyer Name: GLOVER, ALFRED P GLOVER, PARNIEST R

Seller Name: BOONE, BARBARA L THE BOONE FAMILY TRUST

| | | | | | | | | | | |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| 5 | **6650 S SHERBOURNE DR**<br>LOS ANGELES, CA 90056-2124 | 04/29/2016 | $1,135,000 | $354 | 3,199 | /4/3 | 1963 | 8,873 SF | | .40 Mi. |

APN: 4102-009-032  Document #: 16-0489732  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:8  Tract No:25383  MapRef:MB673 PG42-48

Buyer Name: MURPHY, DANIEL WEBB MURPHY, JULIE MARIE

Seller Name: WARD, JESSE E BERRY WARD, MAGGIE

| | | | | | | | | | | |
|-----|---------|------|-------|------|----------|-----------|-----|----------|------|---------|
| 6 | **6250 S CORNING AVE**<br>LOS ANGELES, CA 90056-1410 | 04/11/2016 | $800,000 | $324 | 2,463 | /3/3 | 1955 | 9,534 SF | | .27 Mi. |

APN: 4101-010-013  Document #: 16-0398608  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties        Land Use: Single Family Residential

Legal: Lot:46  Tract No:17721  MapRef:MB495 PG11-16

Buyer Name: MEK ACQUISITIONS LLC

Seller Name: NEAL, BRETT C NEAL, TRACIE J

---

**7  5904 S CORNING AVE**
**LOS ANGELES, CA 90056-1404**          03/01/2016    $964,500    $406    2,371    /3/2    1955    8,480 SF          .39 Mi.

APN: 4101-009-007  Document #: 16-0220557  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:29  Tract No:17721  MapRef:MB495 PG11-16

Buyer Name: DE LIMA, MARIE P

Seller Name: KIBODEAUX, TINE RENEE CANO, JULIO C

---

**8  6505 SHENANDOAH AVE**
**LOS ANGELES, CA 90056-2113**          02/25/2016    $885,000    $401    2,202    /3/3    1962    9,997 SF          .28 Mi.

APN: 4102-012-031  Document #: 16-0206770  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:147  Tract No:25383  MapRef:MB673 PG42-48

Buyer Name: AWAI, RYAN AWAI, REENA GUPTA

Seller Name: CURTIS, JOY A

---

**9  6004 S GARTH AVE**
**LOS ANGELES, CA 90056-1516**          12/31/2015    $750,000    $365    2,052    /3/3    1954    8,022 SF          .37 Mi.

APN: 4101-012-007  Document #: 15-1651544  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:88  Tract No:17721  MapRef:MB495 PG11-16 City/Muni/Twp:UNINCORPORATED

Buyer Name: GUTIERREZ, ALBERT GUTIERREZ, CAROLINA

Seller Name: CARR, EVELYN LOVATO

---

**10  6537 S HALM AVE**
**LOS ANGELES, CA 90056-2231**          12/21/2015    $1,073,000    $348    3,081    /4/4    1964    9,504 SF    Yes    .27 Mi.

APN: 4102-010-055  Document #: 15-1601908  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:17  Tract No:26164  MapRef:MB723 PG92-95

Buyer Name: CLAMER, MATTHIAS PAK, COREY

Seller Name: ESTATE OF GLORIA J LEZINE HANNA, JACQUELINE

---

**11  6006 WOOSTER AVE**
**LOS ANGELES, CA 90056-1434**          12/16/2015    $1,190,000    $454    2,616    /4/3    1955    8,532 SF          .21 Mi.

APN: 4101-016-026  Document #: 15-1584959  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:25  Tract No:18992  MapRef:MB545 PG1-6 City/Muni/Twp:LOS ANGELES

Buyer Name: KRISCHER, DAVID

Seller Name: POLO, SIOUX

---

**12  6010 SHENANDOAH AVE**
**LOS ANGELES, CA 90056-1428**          12/02/2015    $975,000    $386    2,521    /3/3    1956    8,154 SF          .19 Mi.

APN: 4101-001-012  Document #: 15-1502611  Document Type:Grant Deed  Price Code: R

Property Type: Single Family Residential Properties          Land Use: Single Family Residential

Legal: Lot:55  Tract No:18992  MapRef:MB545 PG1-6 City/Muni/Twp:UNINCORPORATED

Buyer Name: SCARBROUGH, BRENDA MILLER, SCOTT G

Seller Name: HARRIS II, WILLIAM B HARRIS TRUST

---

**13** **6151 WOOSTER AVE** **11/25/2015** **$1,238,000** **$334** **3,700** **/4/5** **1961** **8,504 SF** **.11 Mi.**
**LOS ANGELES, CA 90056-2022**

APN: 4101-018-052  Document #: 15-1485824  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties                Land Use: Single Family Residential

Legal: Lot:101  Tract No:24252  MapRef:MB653 PG26-30

Buyer Name: GOERDEL, MICHAEL DAVEY, SHERRIE

Seller Name: BROWN DILLON, IRMA

---

**14** **5804 S HALM AVE** **11/10/2015** **$1,600,000** **$267** **5,974** **/4/5** **2005** **8,768 SF** **Spa** **.38 Mi.**
**LOS ANGELES, CA 90056-1436**                                                                          **Only**

APN: 4101-005-021  Document #: 15-1372137  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties                Land Use: Single Family Residential

Legal: Lot:134  Tract No:18992  MapRef:MB545 PG1-6

Buyer Name: FREETOWN HOLDINGS COMPANY INC

Seller Name: JOHNSON, BOBBY Q BOBBY J JOHNSON FAMILY TRUST

---

**15** **6553 S COPPERWOOD AVE** **10/29/2015** **$830,000** **$291** **2,843** **/4/3** **1985** **6,603 SF** **.35 Mi.**
**INGLEWOOD, CA 90302-1035**

APN: 4102-016-072  Document #: 15-1328792  Document Type:Grant Deed  Price Code:  R

Property Type: Single Family Residential Properties                Land Use: Single Family Residential

Legal: Lot:17  Tract No:29424  MapRef:MB1005 PG32-35 City/Muni/Twp:INGLEWOOD

Buyer Name: TWUMASI, MAME Y F

Seller Name: BRASS, TED BRASS, GLENDA

---

## Area Sales Analysis

| | |
|---|---|
| Total Area Sales: 15 | Median # of Bedrooms: 3 |
| Median Lot Size: 8,699 SF | Median # of Baths: 3 |
| Median Living Area: 2,843 SF | Median Year Built: 1961 |
| Price Range - 2 Yrs: $750,000 To $1,900,000 | Age Range: 11 Years To 62 Years |
| Median Value: $1,010,000 | Median Age: 55 Years |

Exhibit "3"

# CHASE ⬡



chase.com



Customer Service                          1-866-243-5661
Includes 24/7 Automated Response
Monday - Friday                          7 a.m - 7 p.m (CST)

Hearing Impaired Service (TTY)           1-800-582-0542

2568 MWD 7 30016 C    PRE
KIMBERLY MARTIN BRAGG
6150 SHENANDOAH AVE
LOS ANGELES CA  90056-2021

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 3062210202 |
| Statement Date | 11/01/2016 |
| Property Address | 6160 Shenandoah Ave<br>Los Angeles, CA  90056 |

| **Total Amount** | **$2,737.66** |
|---|---|

## Explanation of Payment Amount

| Principal | $927.60 |
|---|---|
| Interest | $948.63 |
| Escrow Payment (Taxes and/or Insurance) | $861.43 |
| **Monthly Payment** | **$2,737.66** |

## Loan Overview (as of 11/01/2016)

| | |
|---|---|
| Original Principal Balance | $1,000,000.00 |
| Unpaid Principal Balance | $570,101.72 |
| Deferred Principal Balance | $508,700.00 |
| Interest Rate | 2.00000% |
| Next Interest Rate Change Date | 03/2017 |
| Escrow Balance | $4,288.88 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $9,176.27 |
| Interest | $0.00 | $9,586.03 |
| Escrow Payment (Taxes and/or Insurance) | $0.00 | $8,532.58 |
| Fees/Advances/Other Balances | $0.00 | $187.62 |
| **Total** | **$0.00** | **$27,482.50** |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| | | No transactions since your last statement | | | | | |

## Important Messages

Please refer to the bankruptcy information in this statement for more information relating to your case.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

Exhibit "4"

## CHASE 

| Customer Service | (800) 836-5656 |
| --- | --- |
| Monday - Friday | 8 a.m. - midnight (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| **Deaf or Hard of Hearing (TTY)** | **(800) 582-0542** |

www.chase.com

0006957 HTS 001 25016 D - BRM

KIMBERLY MARTIN BRAGG
6150 SHENANDOAH AVE
LOS ANGELES, CA 90056-2021

### Loan Overview

| | |
| --- | --- |
| Unpaid Principal Balance | $143,360.80 |
| Interest Rate (Until 08/31/2017) | 2.00000% |
| Prior Year Interest Paid | $1,538.97 |
| Deferred Principal | $14,400.00 |

### Home Equity Loan Statement

| | |
| --- | --- |
| Loan Number | 00419400063787 |
| Statement Period | 08-08-16 - 09-06-16 |
| **Total Amount Due** | **$878.10** |
| **Payment Due Date** | **10/01/2016** |

A late charge of $23.70 may apply if received after 10/16/2016.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
| --- | --- | --- |
| Principal | $0.00 | $2,266.43 |
| Interest | $0.00 | $885.93 |
| Fees | $0.00 | $101.05 |
| Total | $0.00 | $3,253.41 |

Your unpaid Principal Balance is not a payoff quote. To obtain a payoff quote, please call us at (800) 836-5656.

YOUR ACCOUNT IS PAST DUE. PLEASE MAKE A PAYMENT TODAY.

### Explanation of Amount Due

| | |
| --- | --- |
| Principal | $332.94 |
| Interest[1] | $141.01 |
| **Monthly Payment** | **$473.95** |
| **Fees/Charges** | **$0.00** |
| **Original Missed Payment Date** | **09/01/2016** |
| **Past Due Amount** | **$404.15** |
| **Total Amount Due** | **$878.10** |

[1]Interest is calculated based on payments being made on the due date.

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Post Date | Description | Charges/ Fees | Payments/ Credits | Balance Subject to a Finance Charge |
| --- | --- | --- | --- | --- |
| 08-08-16 | Balance Forward | | | $143,360.80 |
| 08-08-16 | Beginning Interest Rate 1.0000000% | | | |
| 09-01-16 | Interest Rate Changed To 2.0000000% | | | |

## Important Messages

**Servicemember Protections:** If you're a U.S. Military Veteran, an active-duty Servicemember or a dependent of a veteran or Servicemember, you may be eligible for benefits and/or military protection programs for your home equity loan under the Servicemembers Civil Relief Act (SCRA), similar state law benefits and/or Chase policy. If you want to learn more about lowering your payment or interest rate, or have any questions, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

Exhibit "5"

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kimberly | | Barbour |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number: 2:16-bk-22878-BR
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 6150 Shenandoah Avenue <br> Line from Schedule A/B: 1.1 | $975,000.00 | ☒ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 6160 Shenandoah Avenue <br> Line from Schedule A/B: 1.2 | $1,010,000.00 | ☒ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 2005 Lexus RX330 (Paid) <br> Line from Schedule A/B: 3.1 | $5,000.00 | ☒ $ 5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1   Kimberly Barbour
_First Name_  _Middle Name_  _Last Name_

Case number (if known) 2:16-bk-22878-BR

### Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $ 5,000.00 | ☒ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Various Art<br>Line from Schedule A/B: 8 | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 1<br>Line from Schedule A/B: 10 | $ 250.00 | ☒ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Wearing Apparel<br>Line from Schedule A/B: 11 | $ 3,000.00 | ☒ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Misc. Jewelry<br>Line from Schedule A/B: 12 | $ 5,000.00 | ☒ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Cash on Hand<br>Line from Schedule A/B: 16 | $ 70.00 | ☒ $ 70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 2<br>Line from Schedule A/B: 17.1 | $ 45.39 | ☒ $ 45.39<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 3<br>Line from Schedule A/B: 17.2 | $ 93.72 | ☒ $ 93.72<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 4<br>Line from Schedule A/B: 17.10 | $ 1,461.54 | ☒ $ 1,461.54<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 5<br>Line from Schedule A/B: 21 | $ 508,500.71 | ☒ $ 508,500.71<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Brief description: See Attachment 6<br>Line from Schedule A/B: 39 | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 7<br>Line from Schedule A/B: 53 | $ 3,000.00 | ☒ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Debtor 1  Kimberly Barbour
         First Name   Middle Name   Last Name

Case number (if known) 2:16-bk-22878-BR

## Part 2:  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 8<br>Line from Schedule A/B: 31 | $ 0.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 9<br>Line from Schedule A/B: 33 | $ Unknown | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 10<br>Line from Schedule A/B: 31 | $ 1,500.00 | ☒ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 11<br>Line from Schedule A/B: 31 | $ 4,000.00 | ☒ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: See Attachment 12<br>Line from Schedule A/B: 38 | $ 995.40 | ☒ $ 995.40<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Attachment

Debtor: Kimberly Barbour      Case No: 2:16-bk-22878-BR

Attachment 1

Smith and Western 38 Caliber Handgun

Attachment 2

Checking Account with Bank of the West Checking (Acc. 4334)

Attachment 3

Checking Account with Bank of the West Checking (Acc. 4336)

Attachment 4

Checking Account with US Bank Checking (Acc. 9546)

Attachment 5

Pension Plan with City of Los Angeles

Attachment 6

1 Office Desk, 2 Printers/Fax and 2 Desktop Computer

Attachment 7

2 Burial Plots (Inglewood Park Cemetery)

Attachment 8

Insurance policy on Various with Los Angeles Police Department

Attachment 9

Non-Debtor Spouse's Workman's Compensation Claim.  Injury occured in 2002.

Attachment 10

Insurance policy on Various with LAPRA Insurance Policy (Acct 1091)

Attachment 11

Insurance policy on George Barbour with LAPRA Insurance Policy (Acct 4165)

Attachment 12

$995.40 Levied by Ivan Rene Moore between March 5, 2014 and March 10, 2014 and currently held by Clerk of Court

Exhibit "6"

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kimberly Barbour | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number | 2:16-bk-22878-BR | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Chase
Creditor's Name

P.O. Box 78420
Number        Street

Phoenix        AZ    85062
City            State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   04/2004

**Describe the property that secures the claim:**

First Deed of Trust Secured by Single Family
See Attachment 1

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  2  9  3

$ 801,360.34    $ 975,000.00    $ 0.00

**2.2**

Deutsche Bank National Trust Company
Creditor's Name

700 Kansas Lane
Number        Street

Monroe        AZ    71203
City            State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

First Deed of Trust Secured by Single Family
See Attachment 2

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  2  0  2

$ 1,083,408.90    $ 1,010,000.00    $ 73,408.90

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 1,884,769.24

Debtor 1 ___Kimberly Barbour___
First Name   Middle Name   Last Name

Case number (if known) 2:16-bk-22878-BR

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.3** Ivan Rene Moore
Creditor's Name

1236 Redondo Blvd
Number   Street

Los Angeles   CA   90019
City   State   ZIP Code

**Who owes the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

Judgment Lien Secured by Single Family Residence located at 6150 Shenandoah Ave, Los Angeles  CA
See Attachment 3

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 0 0 1 3

Column A: $ 4,117,438.36
Column B: $ 1,985,000.00
Column C: $ See

---

**2.4** JP Morgan Chase Bank
Creditor's Name

700 Kansas Lane
Number   Street

Monroe   LA   71203
City   State   ZIP Code

**Who owes the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

Second Deed of Trust Secured by Single Family
See Attachment 4

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 2 8 6 2

Column A: $ 44,002.07
Column B: $ 975,000.00
Column C: $ 0.00

---

**2.5** JPMorgan Chase Bank, N.A.
Creditor's Name

700 Kansas Lane
Number   Street

Monroe   AZ   71203
City   State   ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

Second Deed of Trust Secured by Single Family Residence located: 6160 Shenandoah Avenue, Los
See Attachment 5

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 3 7 8 7

Column A: $ 144,352.25
Column B: $ 1,010,000.00
Column C: $ 144,352.25

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 4,305,792.68

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Debtor 1  Kimberly Barbour
First Name   Middle Name    Last Name

Case number (if known) 2:16-bk-22878-BR

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.6** Pro Value Properties, Inc.
Creditor's Name

5737 Kanan Road, Suite 487
Number      Street

Agoura Hills        CA    91301
City                State  ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred  01/2009

Describe the property that secures the claim:

Judgment Lien Secured by Single Family Residence located at 6150 Shenandoah Ave, Los Angeles, CA See Attachment 6

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  0  0  0  0

$ 836,974.50   $ 1,985,000.00   $ 836,974.50

---

**2.7** Wells Fargo Bank
Creditor's Name

P.O. Box 25341
Number      Street

Santa Ana        CA    See
City             State  ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred  _____

Describe the property that secures the claim:

Third Deed of Trust Secured by Single Family See Attachment 7

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  __ __ __ __

$ 5,850,000.00   $ 975,000.00   $ See

---

**2.8**
Creditor's Name

Number      Street

City             State  ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred  _____

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  __ __ __ __

$ 0.00   $ 0.00   $

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 6,686,974.50

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ See 8

Debtor 1    Kimberly Barbour
First Name    Middle Name    Last Name

Case number (if known) 2:16-bk-22878-BR

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Peter Baer c/o Nussbaum APC
Name

27489 Agoura Rd, Suite 102
Number    Street

Agoura Hills                CA        91301
City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.6

Last 4 digits of account number  0  0  0  0

Pro Value Properties, Inc. c/o Nussbaum APC
Name

27489 Agoura Rd, Suite 102
Number    Street

Agoura Hills                CA        27489
City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.6

Last 4 digits of account number  0  0  0  0

Strategic Acquisitions, Inc., et al c/o Nussbaum APC
Name

27489 Agoura Rd., Suite 102
Number    Street

Agoura Hills                CA        91301
City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.6

Last 4 digits of account number  0  0  0  0

Name

Number    Street

City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number __ __ __ __

Name

Number    Street

City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number __ __ __ __

Name

Number    Street

City                       State     ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number __ __ __ __

Attachment
Debtor: Kimberly Barbour        Case No: 2:16-bk-22878-BR

Attachment 1

Residence located: 6150 Shenandoah Avenue, Los Angeles, CA 90056; ($687k
Consumer Debt and $413k Non Consumer Debt)

Attachment 2

Residence located: 6160 Shenandoah Avenue, Los Angeles, CA 90056  (Rental
Property) ($300k Consumer Debt and $783,408.90 Non-Consumer Debt)

Attachment 3

90056 and 6160 Shenandoah Ave, Los Angeles, CA 90056.  Multiple Abstracts
Recorded for Same Judgment. (100% Non Consumer Debt, $3,150,000 Judgment on
September 3,2013 at 10% Interest) [Subject to 11 U.S.C 522(f)]

4,117,438.36

Attachment 4

Residence: 6150 Shenandoah Avenue, Los Angeles, CA 90056 (100% Non Consumer
Debt)

Attachment 5

Angeles, CA 90056 (Rental Property) (100% Non Consumer Debt)

Attachment 6

90056 and 6160 Shenandoah Ave, Los Angeles, CA 90056 (100% Non Consumer
Debt, $476,815.50 Judgment on March 12, 2009 at 10% Interest) [Subject to 11 U.S.C
522(f)]

Attachment 7

92799-5341

Residence: 6150 Shenandoah Avenue, Los Angeles, CA 90056 (100% Non Consumer
Debt, Personal Guaranty for Rene Moore Music, Inc.)

5,720,362.50

Exhibit "7"

▲          This page is part of your document - DO NOT DISCARD          ▲

**06 0634639**

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
**03/24/06 AT 08:00am**

## TITLE(S) :
_____

▲                                                                        ▲

L E A D    S H E E T

FEE                                                                 D.T.T.



FEE $

CODE      D.A. FEE Code 20      $ 2.00
20

CODE
19

CODE
9____

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

▲                    THIS FORM IS NOT TO BE DUPLICATED                    ▲

ACT ord # REDACTED

Recording Requested By:
WASHINGTON MUTUAL BANK

Redacted

Return To:
WASHINGTON MUTUAL BANK
2210 ENTERPRISE DRIVE
FLORENCE, SC 29601
DOC OPS M/S FSCE 440

06 0634639

Prepared By:
ANGIE CARREON

ORIGINAL DEED

A.P.N.# 4101-007-041

ZCA1
M39

[Space Above This Line For Recording Data]

# DEED OF TRUST

Redacted



## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated MARCH 16, 2006 together with all Riders to this document.

(B) "Borrower" is KIMBERLY MARTIN BRAGG AN UNMARRIED WOMAN

Borrower's address is 6160 SHENANDOAK AVE, LOS ANGELES, CA 90056
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is WASHINGTON MUTUAL BANK, FA

Lender is a FEDERAL SAVINGS BANK
organized and existing under the laws of THE UNITED STATES OF AMERICA

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT      Form 3005 1/01

VMP –6(CA) (0207)

Page 1 of 15      Initials: KMB
VMP MORTGAGE FORMS - (800)521-7291

Lender's address is 2273 N. GREEN VALLEY PARKWAY, SUITE 14, HENDERSON, NV 89014
Lender is the beneficiary under this Security Instrument.

(D) "Trustee" is CALIFORNIA RECONVEYANCE COMPANY, A CALIFORNIA CORP

(E) "Note" means the promissory note signed by Borrower and dated MARCH 16, 2006
The Note states that Borrower owes Lender ONE MILLION AND 00/100

Dollars

(U.S. $   1,000,000.00   ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than APRIL 01, 2036

(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower (check box as applicable):

[x] Adjustable Rate Rider    [ ] Condominium Rider              [ ] Second Home Rider
[ ] Balloon Rider            [ ] Planned Unit Development Rider  [ ] Other(s) [specify]
[ ] 1-4 Family Rider         [ ] Biweekly Payment Rider

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) "Escrow Items" means those items that are described in Section 3.

(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and

06  0634639

restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the  COUNTY                                      of  LOS ANGELES                            :
         [Type of Recording Jurisdiction]                    [Name of Recording Jurisdiction]

LOT 142 OF TRACT NO. 24252, IN THE COUNTY OF LOS ANGELES,STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 653 PAGES 26 TO 30
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

### SEE EXHIBIT "A" ATTACHED

Parcel ID Number:  4101007041                          which currently has the address of
6160 SHENANDOAH AVE                                                              [Street]
LOS ANGELES                                        [City], California 90056   [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the

-6(CA) (0207)                    Page 3 of 15        Initials:              Form 3005 1/01

06 0634639

This page is part of your document - DO NOT DISCARD



## 06 1938645

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

8:01 AM   AUG 30 2006

# TITLE(S) :





L E A D   S H E E T

**FEE**

FEE $25-MM
DAF $ 2—
C-20       7

**D.T.T.**

NOTIFICATION SENT-$4

**CODE 20**

**CODE 19**

**CODE 9____**

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.      Number of AIN's Shown



THIS FORM IS NOT TO BE DUPLICATED

Redacted

Recording requested by and

When Recorded Mail to:
Optima Information Solutions
1700 Carnegie Avenue, Suite 200
Santa Ana, CA 92705
**WAMU**


ORIGINAL DEED

**06  1938645**


**Washington Mutual**

THIS DEED OF TRUST is between:
KIMBERLY MARTIN-BRAGG



**WaMu Equity Plus™**
**DEED OF TRUST**
Loan Number: Redacted

whose address is:
6160 SHENANDOAH AVE  LOS ANGELES, CA 90056-2021

("Trustor"); _____OPTIMA_____ , a ___CALIFORNIA___
corporation, the address of which is:
1700 CARNEGIE AVE SUITE 200 SANTA ANA, CA 92705
and its successors in trust and assigns ("Trustee"); and
WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, WHICH IS ORGANIZED AND
EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND WHOSE ADDRESS IS
2273 N GREEN VALLEY PARKWAY, SUITE #14, HENDERSON, NV 89014 ("BENEFICIARY") AND
ITS SUCCESSORS OR ASSIGNS.
   **1. Granting Clause.** Trustor hereby grants, bargains, sells and conveys to Trustee in
trust, with power of sale, the real property in _____LOS ANGELES_____ County, California,
described below and all interest in it Trustor ever gets:
THE FOLLOWING DESCRIBED PROPERTY LOCATED IN THE CITY OF LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:
LOT 142 OF TRACT NO. 24252, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,
AS PER MAP RECORDED IN BOOK 653 PAGES 26 TO 30 INCLUSIVE OF MAPS, IN THE OFFICE
OF THE COUNTY RECORDER OF SAID COUNTY.

Tax Parcel Number:_____4101-007-041_____ together with all
insurance and condemnation proceeds related to it; all plumbing, lighting, air conditioning and
heating apparatus and equipment; and all  fencing, blinds, drapes, floor coverings, built-in

06 1938645

Redacted

appliances and other fixtures at any time installed on or in or used in connection with such real property.

All of the property described above will be called the "Property". As used herein "State" shall refer to the state of California.

2. **Obligation Secured.** This Deed of Trust is given to secure performance of each promise of Trustor contained herein and in a _____ WaMu Equity Plus(TM) _____ Agreement and Disclosure with Beneficiary of even date herewith with a maximum credit limit of _____ $170,000.00 _____ (the "Credit Agreement"), including any extensions, renewals or modifications thereof, and repayment of all sums borrowed by Trustor under the Credit Agreement, with interest from the date of each advance until paid at the rates provided therein. The Credit Agreement provides for variable and fixed rates of interest. Under the Credit Agreement, the Trustor may borrow, repay and re-borrow from time to time, up to the maximum credit limit stated above, and all such advances shall be secured by the lien of this Deed of Trust. This Deed of Trust also secures payment of certain fees and charges payable by Trustor under the Credit Agreement, certain fees and costs of Beneficiary as provided in Section 9 of this Deed of Trust, and repayment of money advanced by Beneficiary to protect the Property or Beneficiary's interest in the Property, including advances made pursuant to Section 6 below. The Credit Agreement provides that unless sooner repaid, all amounts due under the Credit Agreement are due and payable in full thirty (30) years from the date of this Deed of Trust (the "Maturity Date"). All amounts due under the Credit Agreement and this Deed of Trust are called the "Debt".

3. **Representations of Trustor.** Trustor represents that:

(a) Trustor is the owner of the Property, which is unencumbered except by: easements, reservations, and restrictions of record not inconsistent with the intended use of the Property and any existing first mortgage or deed of trust given in good faith and for value, the existence of which has been disclosed in writing to Beneficiary; and

(b) The Property is not presently and will not during the term of this Deed of Trust be used for any agricultural purposes.

4. **Promises of Trustor.** Trustor promises:

(a) To keep the Property in good repair and not to remove, alter or demolish any of the improvements on the Property, without first obtaining Beneficiary's written consent;

(b) To allow representatives of Beneficiary to inspect the Property at any reasonable hour, and to comply with all laws, ordinances, regulations, covenants, conditions and restrictions affecting the Property;

(c) To pay on time all lawful taxes and assessments on the Property;

(d) To perform on time all terms, covenants and conditions of any prior mortgage or deed of trust covering the Property or any part of it and pay all amounts due and owing thereunder in a timely manner;

(e) To see to it that this Deed of Trust remains a valid lien on the Property superior to all liens except those described in Section 3(a), and to keep the Property free of all encumbrances which may impair Beneficiary's security;

(f) To keep the improvements on the Property insured by a company satisfactory to Beneficiary against fire and extended coverage perils, and against such other risks as Beneficiary may reasonably require, in an amount equal to the full insurable value of the improvements, and to deliver evidence of such insurance coverage to Beneficiary. Subject to the rights of the holder of any lien described in 3(a), Beneficiary shall be named as the loss payee on all such policies pursuant to a standard lender's loss payable clause. The amount collected under any insurance policy shall

Exhibit "8"

COUNTY OF LOS ANGELES
# REGISTRAR-RECORDER/COUNTY CLERK
P.O. BOX 1250, NORWALK, CALIFORNIA 90651-1250 / www.lavote.net

**DEAN C. LOGAN**
REGISTRAR-RECORDER/COUNTY CLERK

## NOTICE OF INVOLUNTARY LIEN

California Government Code Section 27297.5 requires the County Recorder to notify persons against whom an involuntary lien has been recorded.

You are hereby notified that the enclosed document _may_ constitute a lien against your real property.

California law provides that a lien cannot be released without a signed release from the claimant.

**You may wish to contact the lien claimant or your attorney regarding this matter. This department has no involvement with the placement of the lien on your property. This is merely a notification, as required by State Law, to assure that you are aware of the lien.**

> ➢ **PLEASE DO NOT TELEPHONE THE RECORDER'S OFFICE.**
> ➢ **WE HAVE NO ADDITIONAL INFORMATION REGARDING THIS MATTER.**
> ➢ **CONTACT THE PERSON CLAIMING THIS LIEN AGAINST YOU.**

R918 (Rev 05/10)



This page is part of your document - DO NOT DISCARD

# 20131504547





Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/21/13 AT 11:33AM**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 33.00 |



L E A D S H E E T



201310210920011

00008455919



005845490

SEQ:
01

DAR - Counter (Upfront Scan)







**THIS FORM IS NOT TO BE DUPLICATED**



1  **IVAN RENE MOORE**
   1236 Redondo Boulevard
2  Los Angeles, California  90019

3  Telephone:  (310) 410-0964
4  Fax :      (323) 932-9439

5  **PLAINTIFF IN PROPRIA PERSONA**

6

7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8              **COUNTY OF LOS ANGELES – CENTRAL DISTRICT**

9  Ivan Rene Moore,                    ) **CASE NO. : BC 480013**
                                        )
10            Plaintiff,                )
                                        ) **FILING NOTICE OF ABSTRACT**
11 vs.                                  ) **JUDGEMENT AGAINST KIMBERLEY**
                                        ) **MARTIN BRAGG;**
12 Kimberly Martin- Bragg, et al.,      ) **SS # 572-17- 5789**
            Defendants                  )
13                                      )
                                        )
14                                      ) **DATE:**    N/A
                                        ) **TIME:**    N/A
15                                      ) **PLACE:**   NA/
                                        )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19 ─────────────────────────────────────)

20                                              **ORIGINAL**

21 **PLEASE SEE:**

22  Attached Original Abstract Judgement against Kimberley Martin Bragg is case BC 480013 for
   filing and recordation.
23

24      Dated:  October 21, 2013

25                                          Respectfully Submitted

26

27                                          IVAN RENE MOORE., Pro Per

28

IDOCS

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name  address  State Bar number  and telephone number)* |
| --- |

Recording requested by and return to

Ivan Rene Moore
1236 Redondo Boulevard
Los Angeles, California  90019
310  871-9732

| | ATTORNEY FOR | ✓ | JUDGMENT CREDITOR | | ASSIGNEE OF RECORD |

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS  111 North Hill Street
MAILING ADDRESS  Stanley Mosk Courthouse
CITY AND ZIP CODE  Los Angeles, California  90012
BRANCH NAME  Central District

PLAINTIFF  Ivan Rene Moore

DEFENDANT  Kimberly Martin-Bragg

CASE NUMBER
BC 480013

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | | Amended |

FOR COURT USE ONLY

1. The  ✓  judgment creditor  | assignee of record
   applies for an abstract of judgment and represents the following
   a Judgment debtor's

   Name and last known address

   Kimberly Martin-Bragg
   6150 and 6160  Shenandoah Avenue
   Los Angeles, California  90056

   b  Driver's license no. [last 4 digits] and state    ✓ Unknown
   c  Social security no. [last 4 digits]    ⬛-5789    | Unknown  ✓
   d  Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*
      Kimberly Martin Bragg 6160 Shenandoah Ave Los Angeles California 90056

2. | Information on additional judgment
   debtors is shown on page 2

3. Judgment creditor *(name and address)*
   Ivan Rene Moore
   1236 Redondo Blvd, Los Angeles, CA  90019

Date  9/17/13
Ivan Rene Moore
_____
(TYPE OR PRINT NAME)

4. | Information on additional judgment
   creditors is shown on page 2

5. | Original abstract recorded in this county
   a  Date
   b  Instrument No

ORIGINAL

►
_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed
   $ 3,150,000.00

7. All judgment creditors and debtors are listed on this abstract

8. a  Judgment entered on *(date)*:  9/3/13
   b  Renewal entered on *(date)*:

9. | This judgment is an installment judgment

[SEAL]
John A. Clarke

This abstract issued on *(date)*
SEP 2 7 2013

10. | An | execution lien | attachment lien
    is endorsed on the judgment as follows
    a  Amount  $
    b  In favor of *(name and address)*

11. A stay of enforcement has
    a  ✓  not been ordered by the court
    b  |  been ordered by the court effective until
       *(date)*

12. a  ✓  I certify that this is a true and correct abstract of
       the judgment entered in this action
    b  |  A certified copy of the judgment is attached

Clerk, by  Kelly Encinas  Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev  January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488 480,
674  700 190

| PLAINTIFF  Ivan Rene Moore | CASE NUMBER |
|---|---|
| DEFENDANT  Kimberly Martin-Bragg | BC 480013 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13  Judgment creditor *(name and address)*          14  Judgment creditor *(name and address):*

15  ☐  Continued on Attachment 15

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.            Name and last known address          17.            Name and last known address

Driver's license no. [last 4 digits]
and state:                    ☐ Unknown

Social security no [last 4 digits]          ☐ Unknown

Summons was personally served at or mailed to *(address)*

Driver's license no  [last 4 digits]
and state                     ☐ Unknown

Social security no  [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*

18.            Name and last known address          19            Name and last known address

Driver's license no. [last 4 digits]
and state.                    ☐ Unknown

Social security no  [last 4 digits].          ☐ Unknown

Summons was personally served at or mailed to *(address).*

Driver's license no  [last 4 digits]
and state:                    ☐ Unknown

Social security no  [last 4 digits]          ☐ Unknown

Summons was personally served at or mailed to *(address).*

20  ☐  Continued on Attachment 20

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Exhibit "9"



**This page is part of your document - DO NOT DISCARD**



# 20131786212

Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/19/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 35.00 |



**L E A D S H E E T**

201312190110008

00008677745

005947951

**SEQ:**
**20**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**



t21

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Lane Nussbaum ; SBN 264 200
West Coast Law, APC
27484 Agoura Rd. # 102
Agoura Hills, CA 91301



12/19/2013

*20131786212*

SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE

**TITLE**

Abstract of Judgment

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to    (818)769-7880

Lane Nussbaum; SBN 264200
WEST COAST LAW, APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301

| ☑ ATTORNEY FOR | ☑ JUDGMENT CREDITOR | ☐ ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS 111 N. Hill Street
MAILING ADDRESS 111 N. Hill Street
CITY AND ZIP CODE Los Angeles, CA 90012
BRANCH NAME Stanley Mosk

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Ronald Hills, et al.

DEFENDANT: IndyMac Mortgage Holdings, Inc. et al.

CASE NUMBER
BC287209

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**        ☐ **Amended**

*FOR COURT USE ONLY*

1. The ☑ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address

   ⎡ Ronald Hills
   │ 1509 S. Chester Avenue
   │ Compton, CA 90221-4901

   b. Driver's license no. [last 4 digits] and state:        ☑ Unknown
   c. Social security no. [last 4 digits]: [____]0469        ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):*

   ☑ Information on additional judgment     4. ☐ Information on additional judgment
      debtors is shown on page 2.                  creditors is shown on page 2.
   
   Judgment creditor *(name and address):*     5. ☐ Original abstract recorded in this county:
   Strategic Acquisitions, Inc., Peter Baer and        a. Date:
   ProValue Properties, Inc.                             b. Instrument No.:
   Date: 11/7/13
   Lane Nussbaum
   _____                    _____
   (TYPE OR PRINT NAME)                          (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:     10. ☐ An ☐ execution lien ☐ attachment lien
   $ 476,815.50                                                  is endorsed on the judgment as follows:
7. All judgment creditors and debtors are listed on this abstract.    a. Amount: $
                                                                 b. In favor of *(name and address):*
8. a. Judgment entered on *(date):* 03/12/2009
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☑ been ordered by the court effective until
          *(date):*

[SEAL]
_Sherri R. Carter, Clerk_    a. ☑ I certify that this is a true and correct abstract of
                                   the judgment entered in this action.
This abstract issued on *(date):*    b. ☐ A certified copy of the judgment is attached.

NOV 1 9 2013                         A. HANG
                        Clerk, by _____, Deputy

Form Adopted for Mandatory Use         **ABSTRACT OF JUDGMENT—CIVIL**     Page 1 of 2
Judicial Council of California              **AND SMALL CLAIMS**          Code of Civil Procedure, §§ 488.480,
EJ-001 [Rev. January 1, 2008]                                            674, 700.190

| PLAINTIFF: Ronald Hills, et al. | CASE NUMBER | |
|---|---|---|
| DEFENDANT  IndyMac Mortgage Holdings, Inc. et al. | BC287209 | |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address).*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.　　　　Name and last known address

Rene Moore
6150 Shenandoah Avenue
Los Angeles, CA 90056

Driver's license no. [last 4 digits]
and state:　　　　　　　　　　　☑ Unknown

Social security no [last 4 digits]: 4304　　☐ Unknown

Summons was personally served at or mailed to *(address):*

17.　　　　Name and last known address

Kimberly Martin-Bragg
6160 Shenandoah Avenue
Los Angeles, CA 80056

Driver's license no. [last 4 digits]
and state:　　　　　　　　　　　☑ Unknown

Social security no. [last 4 digits]:　　☑ Unknown

Summons was personally served at or mailed to *(address):*

18.　　　　Name and last known address

Rene Moore Music, Inc.
6150 Shenandoah Avenue
Los Angeles, CA 90056-2021

Driver's license no. [last 4 digits]
and state:　　　　　　　　　　　☑ Unknown

Social security no. [last 4 digits]:　　☑ Unknown

Summons was personally served at or mailed to *(address):*

19.　　　　Name and last known address

Driver's license no. [last 4 digits]
and state:　　　　　　　　　　　☐ Unknown

Social security no. [last 4 digits]:　　☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Exhibit "10"

B10 (official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Central District of California | | PROOF OF CLAIM |
|---|---|---|---|

| Name of Debtor: KIMBERLY MARTIN-BRAGG | Case Number: 2:14-bk-15698 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PETER BAER

Name and address where notices should be sent:
NUSSBAUM APC
27489 AGOURA ROAD, SUITE 102
AGOURA HILLS, CA 91301

Telephone number: (818) 660-1919    email:

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**    $    768,573.96

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** JUDGMENT AGAINST DEBTOR
*(See instruction #2)*

| 3. **Last four digits of any number by which creditor identifies debtor:** | 3a. **Debtor may have scheduled account as:** | 3b. **Uniform Claim Identifier (optional):** |
|---|---|---|
| | *(See instruction #3a)* | *(See instruction #3b)* |

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property** $_____

**Annual Interest Rate** _____% ☐ Fixed  or  ☐ Variable
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim** $_____

**Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

* *Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)

7.  **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "redacted.")

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8.  **Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  PETER BAER
Title:
Company:
Address and telephone number (if different from notice address above):
5737 KANAN RD., STE 483, AGOURA HILLS,
CA 91301

_(Signature)_          8/4/14          _(Date)_

Telephone number:          email:

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

_The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases and other situations involving bankruptcy, exceptions to these general rules may apply._

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1.  Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2.  Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3.  Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a.  Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b.  Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4.  Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5.  Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into one or more listed categories, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6.  Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.  Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8.  Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement in a proof of claim.

B10 (Official Form 10) (04/13)

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system.

*www.pacer.psc.uscourts.gov* for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

ATTACHMENT TO PARAGRAPH 1 –
CALCULATION OF TOTAL CLAIM

## CALCULATION OF TOTAL CLAIM

### (FROM DATE OF ENTRY OF JUDGMENT TO FILING OF BANKRUTPCY)

| | | |
|---|---|---|
| Principal amount of Judgment | | $478,888.74 |
| Accrued Interest (3/12/08 to 03/25/14 @ 10%) | | |
| 3/13/08-3/12/09 | 47,888.87 | |
| 3/13/09-3/12/10 | 47,888.87 | |
| 3/13/10-3/12/11 | 47,888.87 | |
| 3/13/11-3/12/12 | 47,888.87 | |
| 3/13/12-3/12/13 | 47,888.87 | |
| 3/13/13-3/12/14 | 47,888.87 | |
| 3/13/14-3/25/14 | 2,352.00[1] | |
| Accrued Interest | | $289,685.22 |
| TOTAL CLAIM | | $768,573.96 |

---

[1] Calculated as follows: $47,888.87 (monthly interest accrual) divided by 30 days equals $196 per day times 12 days

In re:

Kimberly Barbour

Debtor(s).

CHAPTER 7

CASE NUMBER 2:16-bk-22878-BR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: <u>NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 18, 2016,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On <u>November 18, 2016,</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>N/A</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/2016 | Eddy Paredes | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER 7 |
|---|---|
| Kimberly Barbour | |
| Debtor(s). | CASE NUMBER 2:16-bk-22878-BR |

## ADDITIONAL SERVICE INFORMATION (if needed):

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Chapter 7 Trustee:
Brad D. Krasnoff (TR)
jmcdaniel@dgdk.com

Courtesy NEF:
Lee T Dicker
ldicker@ldslaw.com

Joseph C Delmotte
ecfcacb@aldridgepite.com

Creditors:
Joshua K Partington
efilings@amlegalgroup.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**via U.S. Mail:**

SEE ATTACHED MAILING MATRIX

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        F 9013-3.1.PROOF.SERVICE

Creditors
Ivan Rene Moore
1236 Redondo Beach,
Los Angeles, CA 90019

Pro Value Properties
Attn: Officer
5737 Kanan Road, Suite 487
Agoura Hills, CA 91301

Strategic Acquisitions, Inc.
Attn: Officer
5737 Kanan Road, Suite 487
Agoura Hills, CA 91301

Peter Baer c/o Nussbaum APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301

Pro Value Properties c/o Nussbaum APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301

Strategic Acquisitions, Inc. c/o Nussbaum APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301

J.P. Morgan Chase Bank N.A.
1111 Polaris Parkway
Columbus, OH 43240

Deutsche Bank National Trust Company
700 Kansas Lane
Monroe, AZ 71203

Debtor
Kimberly Barbour
6150 Shenandoah Avenue
Los Angeles, CA 90056