United States Bankruptcy Court
Central District of California

In re:  
Kimberly Barbour  
      Debtor

Case No. 16-22878-BR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2016  
                Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db          +Kimberly Barbour,   6150 Shenandoah Avenue,    Los Angeles, CA 90056-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:  
            Brad D Krasnoff (TR)    jmcdaniel@dgdk.com,  bkrasnoff@ecf.epiqsystems.com  
            Joseph C Delmotte    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,  
             JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com  
            Joshua K Partington    on behalf of Interested Party    WELLS FARGO BANK, N.A.  
             efilings@amlegalgroup.com  
            Lee T Dicker    on behalf of Debtor Kimberly    Barbour ldicker@ldslaw.com  
            Peter M Lively    on behalf of Defendant Kimberly    Barbour PeterMLively2000@yahoo.com,  
             PeterMLively2000@yahoo.com  
            Peter M Lively    on behalf of Debtor Kimberly    Barbour PeterMLively2000@yahoo.com,  
             PeterMLively2000@yahoo.com  
            United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Kristal D. Bradford, 286985<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203,<br>Culver City, CA 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Email: Peter@PeterMLively.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Kimberly Barbour | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 22 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>KIMBERLY BARBOUR<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-22878-BR<br>CHAPTER: 7<br><br>**ORDER  ☒ GRANTING  ☐ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
| **Creditor Holding Lien to be Avoided** (*name*): STRATEGIC ACQUISITIONS, INC., PETER BAER, PRO VALUE  PROPERTIES, INC. |||

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 1                           F 4003-2.1.AVOID.LIEN.RP.ORDER

3. The real property to which this order applies is as follows:

   a. Street address (*specify*): 6160 Shenandoah Avenue, Los Angeles, CA 90056

   b. Legal description (*specify*):                                          ☒ See attached page

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>12/19/2013</u>.

   b. Recorder's instrument number or map/book/page number (*specify*): <u>20131786212</u>

5. ☒ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is void and unenforceable:

      (1) ☒ In its entirety

      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☐ Motion is incomplete.

   f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: December 22, 2016

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 4003-2.1.AVOID.LIEN.RP.ORDER**