United States Bankruptcy Court
Central District of California

In re:                                                                        Case No. 16-22878-BR
Kimberly Barbour                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: admin              Page 1 of 2           Date Rcvd: Jan 09, 2017
                             Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
```
db          +Kimberly Barbour,    6150 Shenandoah Avenue,    Los Angeles, CA 90056-2021
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr          +Ivan Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
intp        +WELLS FARGO BANK, N.A.,    c/o ASSAYAG MAUSS, LLP,    2915 Redhill Ave.,    Ste. 200,
              Costa Mesa, CA 92626-5916
37365154    +Alamode Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37546208    +Central South Distributions,    1236 Redondo Blvd.,    Los Angeles, CA 90019-1546
37365155    +Chase,    P.O. Box 78420,    Phoenix, Arizona 85062-8420
37365157    +Deutsche Bank National Trust Company,    700 Kansas Lane,    Monroe, Arizona 71203-4774
37365159    +GS Electronics c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365158    +Greenberg & Bass, LLP,    16000 Ventura Blvd,    Encino, California 91436-2762
37365160    +IRM Productions c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365161    +Ivan Rene Moore,    1236 Redondo Blvd,    Los Angeles, California 90019-1546
37365162    +JP Morgan Chase Bank,    700 Kansas Lane,    Monroe , LA 71203-4774
37546087    +Joe & Helen Easton Invest C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37546125    +Kara Financial,    C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37365163    +LADWP,    c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
37365164    +Law Offices of Thomasina Reed,    5777 W. Century Blvd., Suite 1125,
              Los Angeles, California 90045-5637
37365165    +Loren Chaney  c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365166    +Los Angeles Police Credit Union,    16150 Sherman Way,    Van Nuys, California 91406-3956
37365167    +Peter Baer c/o Nussbaum APC,    27489 Agoura Rd, Suite 102,
              Agoura Hills, California 91301-2481
37365168    +Pro Value Properties, Inc.,    5737 Kanan Road, Suite 487,
              Agoura Hills , California 91301-1601
37365169    +Pro Value Properties, Inc. c/o Nussbaum,    27489 Agoura Rd, Suite 102,
              Agoura Hills, California 91301-2481
37365170    +Pro Value Propeties, Inc.,    5737 Kanan Road, Suite 487,    Agoura Hills, California 91301-1601
37365171    +Radio Multi Media Investments c/o Ivan R,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37365172    +Rene & Angela c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365173    +Rene Moore Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37365174    +Rick Wilson c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365175    +Ronald Hills c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365176    +Rufftown Entertainment Group c/o Ivan Re,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37365177    +Sam Essens c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365178    +Samayack/New Frontier c/o Ivan Rene Moor,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37365179    +South Central Distribution c/o Ivan Rene,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37365180    +Stone Busailah, LLP, Attn: Michael Willi,    200 East Del Mar Boulevard, Suite 350,
              Pasadena, California 91105-2564
37365181    +Strategic Acquisitions, Inc., et al c/o,    27489 Agoura Rd., Suite 102,
              Agoura Hills, California 91301-2481
37365182    +Suti Music c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365183    +The Estate of IMA Moore c/o Ivan Rene Mo,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37546170    +The Moore Family Trust,    C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37365184    +The Moore Family Trust c/o Ivan Rene Moo,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546
37546107    +United Broadcasting Group C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37365185    +V.J. Chandran c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37365186    +Vann Johnson c/o Ivan Rene Moore,    1236 Redondo Blvd.,    Los Angeles, California 90019-1546
37546192    +WRPRJ Investment Group,    C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, Ca 90019-1546
37387868    +Wells Fargo Bank,    c/o Michele Sabo Assayag,    Assayag Mauss,    2915 Redhill Ave Ste 200,
              Costa Mesa CA 92626-5916
37365188    +West Viking Studios c/o Ivan Rene Moore,    1236 Redondo Blvd.,
              Los Angeles, California 90019-1546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBDKRASNOFF.COM Jan 10 2017 02:18:00      Brad D Krasnoff (TR),
              1900 Avenue of the Stars, 11th Floor,    Los Angeles, CA 90067-4699
smg          EDI: EDD.COM Jan 10 2017 02:19:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Jan 10 2017 02:18:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
37545910     EDI: AIS.COM Jan 10 2017 02:13:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
37365156     EDI: CITICORP.COM Jan 10 2017 02:18:00      Citibank,    Post Office Box 6004,
              Sioux Falls, South Dakota 57117-6004
37461299    +EDI: IRS.COM Jan 10 2017 02:18:00      Internal Revenue Service,
              300 N. Los Angeles ST  STOP 5022,    Los Angeles, CA 90012-3478
```

```
District/off: 0973-2           User: admin              Page 2 of 2                   Date Rcvd: Jan 09, 2017
                               Form ID: 318             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
37546087        +E-mail/Text: moore140@hotmail.com Jan 10 2017 02:17:50
                  Joe & Helen Easton Invest C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37546125        +E-mail/Text: moore140@hotmail.com Jan 10 2017 02:17:50       Kara Financial,    C/O Rene Moore,
                  1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37546170        +E-mail/Text: moore140@hotmail.com Jan 10 2017 02:17:50       The Moore Family Trust,
                  C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37546107        +E-mail/Text: moore140@hotmail.com Jan 10 2017 02:17:50
                  United Broadcasting Group C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, CA 90019-1546
37546192        +E-mail/Text: moore140@hotmail.com Jan 10 2017 02:17:50       WRPRJ Investment Group,
                  C/O Rene Moore,    1236 Redondo Blvd,    Los Angeles, Ca 90019-1546
37365187         EDI: WFFC.COM Jan 10 2017 02:18:00       Wells Fargo Bank,    P.O. Box 25341,
                  Santa Ana, California 92799-5341
                                                                                                TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Courtesy NEF
                                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:

```
              Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
              Joseph C Delmotte    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
              Joshua K Partington    on behalf of Interested Party    WELLS FARGO BANK, N.A.
               efilings@amlegalgroup.com
              Lee T Dicker    on behalf of Debtor Kimberly    Barbour ldicker@ldslaw.com
              Peter M Lively    on behalf of Defendant Kimberly    Barbour PeterMLively2000@yahoo.com,
               PeterMLively2000@yahoo.com
              Peter M Lively    on behalf of Debtor Kimberly    Barbour PeterMLively2000@yahoo.com,
               PeterMLively2000@yahoo.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kimberly Barbour** | Social Security number or ITIN  **xxx−xx−5789** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **2:16−bk−22878−BR**

# Order of Discharge – Chapter 7  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly Barbour
aka Kimberly Martin−Bragg

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/9/17

**Dated:** 1/9/17

**By the court:**  Barry Russell
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**50/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 2